Certificate Number: 14912-PAM-DE-029140646

Bankruptcy Case Number: 17-00494



14912-PAM-DE-029140646

# C<span/>ERTIFICATE O<span/>F D<span/>EBTOR E<span/>DUCATION

I CERTIFY that on April 24, 2017, at 7:13 o'clock PM EDT, Christoper Crompton completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: April 24, 2017      By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor